WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Jake R. Spencer, Esq.
Nevada Bar No. 12282
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
jspencer@wrightlegal.net
*Attorneys for Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 5*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 5,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No.: 2:16-cv-01603<br><br>**STIPULATION AND ORDER FOR POSTING OF SECURITY COSTS PURSUANT TO NRS 18.130(1)**<br><br>ECF No. 7, 9 |

　　　　Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 5 (hereinafter "Plaintiff"), by and through its attorneys of record the law firm of Wright, Finlay & Zak, LLP, and SFR Investments Pool 1, LLC (hereinafter "SFR") by and through its attorneys of record Kim Gilbert Ebron, hereby stipulate and agree as follows:

　　　　1.　　On July 29, 2016, SFR demanded the deposit of a five-hundred ($500.00) cost bond pursuant to NRS 18.130(1) [Doc No. 7]; and

2. Plaintiff does not oppose this demand but needs an Order from this Court before the Clerk will accept the bond.

**IT IS SO STIPULATED**

| KIM GILBERT EBRON | WRIGHT, FINLAY & ZAK, LLC |
|---|---|
| */s/ Diana C. Ebron, Esq.* | */s/ Jake R. Spencer, Esq.* |
| Diana Cline Ebron, Esq. | Dana Jonathon Nitz, Esq. |
| Nevada Bar No. 10580 | Nevada Bar No. 0050 |
| Jacqueline A. Gilbert, Esq. | Jake R. Spencer, Esq. |
| Nevada Bar No. 10593 | Nevada Bar No. 12282 |
| Karen L. Hanks, Esq. | 7785 W. Sahara Ave, Suite 200 |
| Nevada Bar No. 009578 | Las Vegas, Nevada 89117 |
| 7625 Dean Martin Drive, Suite 110 | *Attorneys for Plaintiff, Christiana Trust, a Division* |
| Las Vegas, Nevada 89139 | *of Wilmington Savings Fund Society, FSB, not in its* |
| *Attorneys for SFR Investments Pool 1, LLC* | *Individual Capacity but as Trustee of ARLP Trust 5* |

Good cause appearing, IT IS HEREBY ORDERED that the Stipulation [ECF No. 9] is APPROVED, and the CLERK OF COURT is directed to accept the deposit of $500 from plaintiff under NRS 18.130 as security for costs and charges that may be awarded against this plaintiff.

Dated:  August 9, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE