# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Christiana Trust,

    Plaintiff

v.

SFR Investments Pool 1, LLC,

    Defendant

Case No.: 2:16-cv-01603-JAD-NJK

**Order Lifting Stay**

[ECF Nos. 13, 14]

Good cause appearing, IT IS HEREBY ORDERED that the motion to lift stay **[ECF No. 13], in which SFR joins [ECF No. 14], is GRANTED IN PART** in that THE STAY IS LIFTED but some of the other details and deadlines requested by the motion are denied or revised. Instead, IT IS FURTHER ORDERED that the parties have the following deadlines and obligations to move this case forward:

**Response to Complaint:**

    SFR **has until May 24, 2019, to answer or otherwise respond** to that pleading.

**Meet & Confer:**

    **The parties have until June 14, 2019, to meet and confer** as defined by Local Rule IA 1-3(f) regarding (1) a proposed discovery plan and scheduling order as contemplated by Local Rule 26-1, (2) what discovery still needs to be conducted, (3) what viable claims and defenses remain in the case in light of recent decisions from the Supreme Court of Nevada, and (4) the issues that the parties intend to raise in any dispositive motion that the parties anticipate filing. **A party representative must attend the conference, either in person or by telephone.** Requests to be excused from any aspect of this meet-and-confer requirement will be denied absent extraordinary circumstances.

**Stipulated Discovery Plan and Scheduling Order:**

The parties must file their Proposed Stipulated Discovery Plan and Scheduling Order in compliance with Local Rule 26-1 by **June 28, 2019.**

**Certificate Required with Dispositive Motions:**

Any dispositive motion filed in this case (including a motion to dismiss) must be accompanied by a declaration by the movant's counsel that sets forth the details of the meet-and-confer in compliance with Local Rule IA 1-3(f)(2) and certifies that, despite good-faith efforts to confer, the issues raised in the motion could not be resolved. The court may summarily deny any motion that fails to comply with this requirement.

Dated: May 14, 2019

_____
U.S. District Judge Jennifer A. Dorsey