# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIANA TRUST,<br><br>    Plaintiff(s),<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>    Defendant(s). | Case No.: 2:16-cv-01603-JAD-NJK<br><br>**Order** |

The Court ordered the parties to file a proposed discovery plan by June 28, 2019. Docket No. 15 at 2. The parties violated that order. *See* Docket. As such, the Court ordered the parties and their counsel to show cause why they should not be sanctioned. Docket No. 19. A response has now been filed indicating that they violated the above order because they were engaged in settlement talks. Docket No. 21. Regardless of whether parties are discussing settlement, they are required to comply with Court-ordered deadlines. The Court hereby **ADMONISHES** the parties and their counsel for violating the above order. <u>The Court expects strict compliance with all of its orders and the deadlines set therein moving forward.</u> In all other respects, the order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

Dated: July 11, 2019

_____
Nancy J. Koppe
United States Magistrate Judge