# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIANA TRUST,<br><br>    Plaintiff(s),<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, et al.,<br><br>    Defendant(s). | Case No.: 2:16-cv-01603-JAD-NJK<br><br>**Order** |

On October 18, 2019, the undersigned's chambers received telephone calls from attorney Jake Spencer and from a staff person at the law firm of Wright Finlay & Zak. The Court reminds the parties, counsel, and their staff that the local rules prohibit *ex parte* communications with chambers. Local Rule IA 7-2(b). **FURTHER VIOLATIONS OF THIS RULE MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

Dated: October 18, 2019

                                                      Nancy J. Koppe
                                                     United States Magistrate Judge