# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIANA TRUST, | Case No.: 2:16-cv-01603-JAD-NJK |
| Plaintiff(s), | **ORDER** |
| v. | [Docket No. 38] |
| SFR INVESTMENTS POOL 1, LLC, | |
| Defendant(s). | |

On October 7, 2019, the Court ordered several attorneys to attend in-person CLE regarding federal practice within six months. Docket No. 28. On April 7, 2020, attorneys Dana Nitz and Aaron Lancaster filed a motion to extend their deadline to comply, citing the recent Covid-19 pandemic. Docket No. 38. While six months should have provided more than ample time to comply with the Court's order, the Court will **GRANT** the instant motion to extend as a courtesy to counsel. Declarations attesting to compliance with the Court's order (Docket No. 28) must be filed by July 15, 2020.

IT IS SO ORDERED.

Dated: April 15, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1