# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIANA TRUST,<br><br>    Plaintiff(s),<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>    Defendant(s). | Case No.: 2:16-cv-01603-JAD-NJK<br><br>**ORDER**<br><br>[Docket Nos. 40, 41] |

Pending before the Court are motions filed by attorneys Dana Nitz and Aaron Lancaster seeking relief from the order that they complete in-person continuing legal education regarding federal practice and procedure. Docket Nos. 40, 41; *see also* Docket No. 28. In light of the restrictions arising out of the current pandemic, the motions are both **GRANTED** in that the continuing legal education required need not be in-person and can be completed in any form, including demand video or DVD. The deadline to complete the continuing legal education and to file declarations so attesting is **EXTENDED** to August 15, 2020. **NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED.

Dated: July 15, 2020

                                                Nancy J. Koppe
                                                United States Magistrate Judge