# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Christiana Trust, | Case No.: 2:16-cv-01603-JAD-NJK |
| Plaintiff | |
| v. | **Order to Disburse Bond** |
| SFR Investments Pool 1, LLC, | |
| Defendants | |

Attorney Aaron D. Lancaster, on behalf of Christiana Trust, tendered $500 to the Clerk of Court for deposit into the court's Registry Account as security for costs required under NRS 18.130 and my order at ECF No. 10.[1]  Once a bond is posted under NRS 18.130(1), it "must remain for the defendant's benefit until the action is dismissed or judgment is entered."[2]  The court directed the bond to be released but failed to address interest, so the disbursement was not made.[3]

IT IS THEREFORE ORDERED that the Clerk of Court is directed to disburse and mail the bond plus any interest payable to:

> Wright Finlay & Zak
> 7785 W. Sahara Ave., Ste. 200
> Las Vegas, NV 89117

_____
U.S. District Judge Jennifer A. Dorsey
November 3, 2021

---

[1] ECF No. 10.

[2] *State ex rel. Hersh v. First Judicial Dist. Court*, 464 P.2d 783, 785 (Nev. 1970).

[3] ECF No. 27.